NUMBER
13-05-467-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

KING FLIGHT SERVICES, LLC, ET AL.,                       Appellants,

 

                                           v.

 

CLOVER ACQUISITION CORPORATION, ET AL.,            Appellees.

___________________________________________________________________

 

                 On
appeal from the 149th 
District Court

                           of
Brazoria County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                 Before
Justices Hinojosa, Yañez, and Garza

Memorandum Opinion Per Curiam

 








Appellants, KING FLIGHT SERVICES, LLC, ET AL., perfected
an appeal from an order entered by the 149th District Court of Brazoria County, Texas, in cause number 29,162.  After the record was filed, appellants filed
an agreed motion to dismiss the appeal. 
In the motion, appellants state that this case has been resolved.  Appellants request that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellants= agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted.  Appellants= agreed 
motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 15th
day of September, 2005.